```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0095--CV (RRB)
                             "JOHN ALBERT BOONE JR V USA"

              Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 05/05/04
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (362) Personal injury - medical malpratice

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 05/05/04 receipt # 00123074
           Trial by: Court


Parties of Record:                           Counsel of Record:

PLF 1.1            BOONE, JOHN ALBERT JR        George M. Kapolchok
                                                Kapolchok Law Offices
                                                360 K Street, Suite 100
                                                Anchorage, AK 99501
                                                907-278-8850

DEF 1.1            UNITED STATES OF AMERICA     Susan J. Lindquist
                                                U.S. Attorney's Office
                                                222 W. 7th Avenue, #9
                                                Anchorage, AK 99513-7567
                                                907-271-5071
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A04-0095--CV (RRB)
                            "JOHN ALBERT BOONE JR V USA"

                                 For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 05/05/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice

            Origin: (1) Original Proceeding
            Demand:
       Filing fee: Paid $150.00 on 05/05/04 receipt # 00123074
          Trial by: Court


Document #   Filed      Docket text
─────────────────────────────────────────────────────────────────────────────

     1 -  1  05/05/04   Complaint filed; Summons issued.

     2 -  1  05/20/04   PLF 1 Return of Service of cmplt executed on USA in Anchorage on
                        05/18/04.

     3 -  1  06/02/04   PLF 1 Return of Service Executed re: Atty Gen on 5/24/04.

     4 -  1  06/24/04   PLF 1 Address Change Notice.

     5 -  1  07/07/04   DEF 1 Stipulation for extension of time until 8/24/04 to file answer.

     5 -  2  07/08/04   RRB Order granting stip for ext of time until 8/24/04 to file ans (5-1).
                        cc: cnsl

     6 -  1  08/23/04   DEF 1 Answer to Complaint.

     7 -  1  08/24/04   RRB Minute Order unless the parties file a notice by 9/9/04 declining
                        ENE this case will proceed to ENE with Judge von der Heydt.  cc: cnsl,
                        Judge von der Heydt, ADR Administrator, w/att instructions for ENE

     8 -  1  09/09/04   DEF 1 Notice regarding ENE.

     9 -  1  09/13/04   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord, w/att draft S&P order. cc: cnsl

    10 -  1  09/27/04   DEF 1 Attorney Substitution of Susan Lindquist as counsel of record for
                        defs.

    11 -  1  09/30/04   PLF 1 Report re: Scheduling and planning conference.

    12 -  1  10/13/04   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 07/30/05; Dispositive motions deadline 09/02/05; Estimate of
                        trial 3 days; TBC. cc: cnsl

    13 -  1  06/03/05   PLF 1 Final Witness List.

    14 -  1  08/26/05   PLF 1; DEF 1 Joint motion for an extension of time for deadlines.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0095--CV (RRB)
                             "JOHN ALBERT BOONE JR V USA"

                                  For all filing dates


Document #   Filed      Docket text

    15 -  1  08/29/05   RRB Order granting motion Joint motion for an extension of time for
                        deadlines (14-1) & setting the following dates: Discovery to close
                        05/01/06; Dispositive motions deadline 05/31/06. cc: cnsl
```