DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN ALBERT BOONE, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:04-cv-95-RRB <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate to the dismissal of the above-captioned case with prejudice, each party to pay its own costs and attorneys' fees.

GEORGE M. KAPOLCHOK
KAPOLCHOK LAW OFFICES, LLC.

DATED: February 8, 2006

_____
George M. Kapolchok
Attorney for John Albert Boone, Jr.

DATED: 2/8/06

DEBORAH M. SMITH
Acting United States Attorney

*Lindquist*
Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053