UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u> JOHN ALBERT BOONE, JR </u>  v.  <u> UNITED STATES OF AMERICA </u>

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                           CASE NO. <u> 3:04-cv-00095--RRB </u>

<u> CAROLYN BOLLMAN </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 10, 2006

     Parties Stipulation for Dismissal with Prejudice at Docket 16 is GRANTED.

[]{IA.WPD*Rev.12/96}